United States District Court
Southern District of Texas

**ENTERED**

May 22, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARISLEIDIS VITAL ACOSTA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-01332 |
| | § | |
| BRETT BRADFORD, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## <u>ORDER</u>

On February 18, 2026, Petitioner Marisleidis Vital Acosta ("Petitioner") filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, challenging her immigration detention. Doc. #1. On April 23, 2026, Respondents advised the Court that they intended to "remove Petitioner to Mexico on May 1, 2026." Doc. #10. Petitioner has not filed a response to Respondents' Advisory.

The parties are ORDERED to file a status report no later than May 27, 2026, advising whether Petitioner remains in immigration custody or has been removed from the United States.

It is so ORDERED.

**MAY 2 2 2026**

_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge